IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TAYLOR SCHOBEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-662-RP |
| | § | |
| LIFE TIME FITNESS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On May 12, 2025, Defendant Life Time Fitness, Inc., ("Defendant") filed a Motion to Compel Arbitration and Stay Proceedings. (Dkt. 4). Defendant asks the Court to stay the case pending arbitration. (Dkt. 6). Plaintiff Taylor Schobey ("Plaintiff") indicated she does not oppose the Motion. (Dkt. 5).

In light of Plaintiff's lack of opposition and for good cause shown, Defendant's Motion to Compel Arbitration and Stay Proceedings, (Dkt. 4), is **GRANTED**.

**IT IS ORDERED** that this action is **STAYED** pending arbitration.

**IT IS FURTHER ORDERED** that the parties shall file quarterly joint status reports to keep the Court apprised of the progress of arbitration and any other relevant matters. The first joint status report shall be filed **on or before August 22, 2025.**

**SIGNED** on May 21, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1